UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

_Timothy A. Combs_
_____
_____
name of plaintiff(s)

v.

_United States Postmaster General_
_____
name of defendant(s)

Case No. _____
(to be assigned by Clerk

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and /or U. S. Constitutional provisions, if you know them):

   _Discrimination against an older American with clear work record, unlawful termination, and unequal treatment between superiors & employee - will show discrimination._

2. Plaintiff, _Timothy A. Combs_ resides at _204 Rick DR_, _Bristol_,
   street address / city
   _Sullivan_, _TN_, _37620_, _(423) 764-5847_.
   county / state / zip code / telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, _U.S. PostMaster General_ lives at, or its business is located at _____,

   _____, _____, _____.
   city              county             state

   _____.
   zip code

   (if more than one defendant, provide the same information for each defendant below)

   _____

   _____

   _____

   _____

   _____

4. Statement of claim (state as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

5. Prayers for Relief (list what you want the Court to do):

a. To proceed with the filing of my case based on my low-income
b. According to EEOC complaint I was informed of my right to proceed with a
c. civil case against U.S. Postmaster. I was informed in this letter that I can
d. ask for an attorney to be appointed

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _26th_ day of _April_, 2011.

_Timothy A. Comb_
signature of plaintiff(s)