UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TIMOTHY A. COMBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:11-CV-124 |
| | ) |
| UNITED STATES POSTMASTER GENERAL | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This action came before the Honorable J. Ronnie Greer, District Judge, presiding, and the issues having been duly addressed and a decision having been duly rendered,

It is **ORDERED AND ADJUDGED** that the action of the plaintiff against the defendant be **DISMISSED WITHOUT PREJUDICE**.

                s/J. RONNIE GREER
                UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/*Debra C. Poplin*
 CLERK OF COURT